| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Zama&Zama Inc.** | |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA  Karma and Luck** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-2077132** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **1945 E. Russell Rd., Ste. 208** <br> **Las Vegas, NV 89119-2708** <br> Number, Street, City, State & ZIP Code <br><br> **Clark** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.karmaandluck.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **Zama&Zama Inc.**                                    Case number (*if known*)  _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4583**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Zama&Zama Inc.**                              Case number (*if known*)
      Name

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
| | District | | Case number, if known | |
| | | When | | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
          Contact name
          Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Zama&Zama Inc.**             Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2025**
             MM / DD / YYYY

X   **/s/ Vladi Bergman**             **Vladi Bergman**
     Signature of authorized representative of debtor      Printed name

Title    **President & Chief Executive Officer**

**18. Signature of attorney**

X   **/s/ Matthew C. Zirzow**        Date   **June 18, 2025**
     Signature of attorney for debtor                      MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **702-382-1170**      Email address   **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## ZAMA&ZAMA, INC., a Nevada corporation, d/b/a Karma & Luck

The undersigned, being the super-majority two-thirds Directors of ZAMA&ZAMA, INC., a Nevada corporation, d/b/a Karma & Luck (the "Company"), and being authorized to so act in accordance with the Company's articles of organization and bylaws (as amended), hereby approve and adopt the following resolutions effective as of June 16, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties, as applicable, that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

BE IT THEREFORE RESOLVED that the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as counsel.

BE IT FURTHER RESOLVED that VLADI BERGMAN (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

ZAMA&ZAMA, INC.,
a Nevada corporation,
d/b/a Karma & Luck

By: /s/ Vladi Bergman
    DocuSigned by: 4E15A9ABEC144F6...
Print Name: Vladi Bergman, Director

By: /s/
    DocuSigned by: B41451FCF00348D...
Print Name: Amihay Hadad, Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **Zama&Zama Inc.** | |
| United States Bankruptcy Court for the:  DISTRICT OF NEVADA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 18, 2025**          X **/s/ Vladi Bergman**
                                             Signature of individual signing on behalf of debtor

                                          **Vladi Bergman**
                                          Printed name

                                          **President & Chief Executive Officer**
                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Zama&Zama Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Settle Inc.**<br>**Attn: Bankrutpcy/Legal Dep't**<br>**29 West 17th Street, 2nd Floor**<br>**New York, NY 10011** | | **Loan (Not Perfected)** | **Disputed** | | | **$2,564,767.00** |
| **American Express**<br>**Attn: Bankruptcy/Legal Dep't**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | | **Credit card** | | | | **$497,945.98** |
| **IMI Miracle Mall, LLC**<br>**c/o Greenberg Traurig, LLP**<br>**Attn: Whitney Welch-Kirmse, Esq.**<br>**10845 Griffith Peak Dr., Suite 600**<br>**Las Vegas, NV 89135** | | **Debt pursuant to settlement agreement - lease** | | | | **$231,527.00** |
| **MNTN**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**823 Congress Ave., #1827**<br>**Austin, TX 78768** | | **Services** | | | | **$118,530.03** |

Debtor  **Zama&Zama Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **New WTC Retail Owner, LLC Westfield World Trade Center Attn: Bankrutpcy/Legal Dep't 2049 Century Park East, 41st Floor Los Angeles, CA 90067** | | **Lease arrearages - World Trade Center (Store No. LL2042)** | | | | $83,326.00 |
| **HG Galleria, LLC M.S. Management Associates, Inc. 225 W. Washington St. Indianapolis, IN 46204-3438** | | **Lease arrearage for Houton Galleria space** | | | | $78,540.00 |
| **Metropolitan Transportation Auth. Attn: Director, Real Estate Transactions 2 Broadway, 4th Floor New York, NY 10004** | | **License Agreement arrearages (Space #MC-60 and MC-60A, Grand Central Terminal)** | | | | $77,559.00 |
| **Fashion Show Mall, LLC Attn: Law/Lease Adminsitration 350 N. Orleans St., Ste. 300 Chicago, IL 60654-1607** | | **Lease arrearages - Fashion Show Mall (Las Vegas)** | **Disputed** | | | $62,769.93 |
| **Mall at Miami International, LLC c/o M.S. Management Associates, Inc. 225 W. Washington St. Indianapolis, IN 46204-3438** | | **Lease arrearage - Mall at Miami International, LLC** | | | | $60,283.00 |
| **Receive Corp. Attn: Bankruptcy/Legal Dep't 502 Salem St. Paramus, NJ 07652** | | | | | | $52,224.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor  **Zama&Zama Inc.**  Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Belardi Wong, LLC**<br>**Attn: Bankruptcy/Legal Dep't**<br>**7 Witherspoon St.**<br>**Princeton, NJ 08542** | | **Services** | | | | $38,838.50 |
| **MAC One, LLC**<br>**Attn: Property Manager**<br>**222 Via Marnell Way**<br>**Las Vegas, NV 89119** | | **Lease arrearge for office space** | | | | $34,319.00 |
| **C2 Imaging**<br>**Attn: Bankruptcy/Legal Dep't**<br>**1400 West Dartmouth Ave.**<br>**Englewood, CO 80110** | | | | | | $30,733.00 |
| **Liberty Press**<br>**Attn: Bankruptcy Dep't/Manager**<br>**4501 Mitchell St.**<br>**North Las Vegas, NV 89081** | | **Services** | | | | $28,289.00 |
| **WIS International**<br>**Attn: Bankruptcy/Legal Dep't**<br>**2655 S. Rainbow Blvd.**<br>**Las Vegas, NV 89146** | | **Services** | | | | $16,377.00 |
| **Matrix Business Capital**<br>**Attn: Bankrutpcy/Legal Dep't**<br>**One World Trade Ctr., # 2340**<br>**Long Beach, CA 90831** | | **Equipment Finance Agreement - Miami International Mall HVAC (1455 NW 107th Ave Space 276, Miami, FL 33172)** | **Disputed** | $13,316.00 | $0.00 | $13,316.00 |
| **PEAC Solutions**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**300 Fellowship Rd.**<br>**Mount Laurel, NJ 08054** | | | | | | $10,136.00 |

Debtor **Zama&Zama Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pembroke Lakes Mall, LLC c/o Pembroke Lakes Mall Attn: Law/Lease Admin. Dept. 350 N. Orleans St., Ste. 300 Chicago, IL 60654-1607** | | **Rent arrearages for Brookfield Properties, 3725 Pembroke Lakes Mall** | | | | $10,005.95 |
| **LVNV Legal Attn: Shoham Segal, Esq. 1180 N. Town Center Dr., #100 Las Vegas, NV 89144** | | | | | | $6,942.00 |
| **Audi Financial Services Attn: Bankruptcy/Legal Dep't 1401 Franklin Blvd. Libertyville, IL 60048** | | | | | | $6,188.88 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 4

# United States Bankruptcy Court
### District of Nevada

In re  **Zama&Zama Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 18, 2025**

**/s/ Vladi Bergman**
**Vladi Bergman**/**President & Chief Executive Officer**
Signer/Title

Zama&Zama Inc.
1945 E. Russell Rd., Ste. 208
Las Vegas, NV 89119-2708

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Admiral Insurance Company
Attn: Bankruptcy Dept/Managing Age
1000 Rogers Wald, Ste. 300
Mount Laurel, NJ 08054

American Express
Attn: Bankruptcy/Legal Dep't
P.O. Box 981535
El Paso, TX 79998

American Express
c/o C T Corp System,
as Registered Agent
701 S. Carson St., Suite 200
Carson City, NV 89701

American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

Ami Hadad
c/o Zama & Zama, Inc.
1945 E. Russell Rd., #208
Las Vegas, NV 89119

Amihay Hadad
304 S. Jones Blvd., Unit 7450
Las Vegas, NV 89107

Ascentium Capital, LLC
Attn: Bankruptcy/Legal Dep't
23970 Hwy. 59N
Kingwood, TX 77339

Ascentium Capital, LLC
Attn: Bankruptcy Dept/Managing Agent
23970 Hwy. 59N
Kingwood, TX 77339

Audi Financial Services
Attn: Bankruptcy/Legal Dep't
1401 Franklin Blvd.
Libertyville, IL 60048

Aventura Mall Venture
c/o Turnberry Venture Mall Co., Ltd.
Attn: Legal Dept/Leasing Attorney
19501 Biscayne Blvd., Ste. 400
Miami, FL 33180

Aventura Mall Venture
c/o M.S. Management Assocs, Inc.
Attn: Senior Executive VP-Leasing
225 West Washington Street
Indianapolis, IN 46204

Bank of America
Attn: Legal Order Processing
800 Samoset Drive
Newark, DE 19713

Bank of America, N.A
Attn: Bankruptcy/Legal Dep't
100 North Tryon St.
Charlotte, NC 28255

Bank of America, N.A.
Attn: Bankruptcy/Legal Dep't
NC1-026-06-06
900 W. Trade St.
Charlotte, NC 28255

Bank of America, N.A.
Attn: Bankruptcy/Legal Dep't
FL1-300-03-15
Tampa, FL 33622-5118

Bank of America, N.A.
Attn: Bankruptcy/Legal Dep't
FL1-300-03-15
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
Attn: Bankruptcy/Legal Dep't
NC1-001-05-13
100 N. Tyron St.
Charlotte, NC 28255

Bank of America, N.A.
Attn: Bankruptcy/Legal Dep't
440 Knox Abbott Dr.
SC3-210-05-01
Cayce, SC 29033

Belardi Wong, LLC
Attn: Bankruptcy/Legal Dep't
7 Witherspoon St.
Princeton, NJ 08542

Blue Star Capital, Inc.
c/o Matrix Business Capital
Attn: Bankruptcy/Legal Dep't
One World Trade Center, #2340
Long Beach, CA 90831

Broward County Tax Assessor
Attn: Bankruptcy
115 S. Andrews Ave., Room 111
Fort Lauderdale, FL 33301

C2 Imaging
Attn: Bankruptcy/Legal Dep't
1400 West Dartmouth Ave.
Englewood, CO 80110

Caesars Enterprise Services, LLC
One Caesars Palace Drive
Attn: Legal Department
Las Vegas, NV 89109

California Dep't of Tax & Fee Admin.
Account Info Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

California Employment Dev. Dept.
Attn: Bankruptcy/Legal Dep't
P.O. Box 826880
Sacramento, CA 94280

California Franchise Tax Board
Bankruptcy Section, MS A-340
Sacramento, CA 95812

Clearco Payments
c/o CFT Clear Finance Technology Corp.
33 Yonge Street, Suite 1302
Toronto, ON, M5E 1G4
CANADA

Corporate Service Company
Attn: Bankruptcy Dept/Managing Age
P.O. Box 2576
Filing #: 2024421972-1 (NV UCC)
Springfield, IL 62708

Cross Country Computer
Attn: Bankrutpcy/Legal Dep't
1488 Deer Park Ave., PMB 324
North Babylon, NY 11703-1208

CT Corp. System, as Rep.
330 N. Brand Blvs., Suite 700
Attn: SPRS
Filing #: 2023318042-8 (NV UCC)
Glendale, CA 91203

CT Corp. System, as Rep.
330 N. Brand Blvs., Suite 700
Attn: SPRS
Filing #: 2023320865-7 (NV UCC)
Glendale, CA 91203

CT Corp. System, as Rep.
Attn: SPRS
330 N. Brand Blvd., Suite 700
Filing #: 2024376685-3 (NV UCC)
Glendale, CA 91203

CT Corp. Systems, as Rep.
330 N. Brand Blvs., Suite 700
Attn: SPRS
Filing #: 2024398415-2 (NV UCC)
Glendale, CA 91203

Fashion Show Mall
Attn: Bankrutpcy/Legal Dept'
3200 Las Vegas Blvd. So, Ste. 600
Las Vegas, NV 89109

Fashion Show Mall, LLC
Attn: Law/Lease Adminsitration
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

Fashion Show Mall, LLC
c/o Corporation Service Co.,
as Registered Agent
112 N. Curry St.
Carson City, NV 89703

Financial Pacific Leasing, Inc.
Attn: Bankruptcy Dept/Managing Age
3455 344th Way, Ste. 300
Federal Way, WA 98001

First Corporate Solutions as Rep.
914 S. Street
Re: Filing #: 2023314059-8 (NV UCC)
Sacramento, CA 95811

Florida Dep't of Revenue
Attn: Bankrutpcy Unit
P.O. Box 6668
Tallahassee, FL 32314

Grand Canal Shops II LLC
Attn: General Counsel
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

Harrah's Las Vegas, LLC
Attn: Terry Monsour, Caesars Entm't
Retail Division
3570 Las Vegas Blvd., South
Las Vegas, NV 89109

Harris County Tax Assessor
Attn: Bankruptcy
16715 Clay Rd.
Houston, TX 77084

Hartford Insurance Co. of the Midw
Attn: Bankruptcy Dept/Managing Age
P.O. Box 913385
Denver, CO 80291-3385

HG Galleria, LLC
M.S. Management Associates, Inc.
225 W. Washington St.
Indianapolis, IN 46204-3438

HG Galleria, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Hiscox Insurance Company, Inc.
Attn: Bankruptcy Dept. / Managing A
30 N. LaSalle Street, Ste. 1760
Chicago, IL 60602

Houston Casualty Company
Attn: Bankruptcy Dept/Managing Agent
13403 Northwest Freeway
Houston, TX 77040

IMI Miracle Mall, LLC
c/o Greenberg Traurig, LLP
Attn: Whitney Welch-Kirmse, Esq.
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135

JB&B Capital, LLC
Attn: Bankrutpcy/Legal Dep't
P.O. Box 10069
Knoxville, TN 37939

JB&B Capital, LLC
Attn: Bankrutpcy/Legal Dep't
109 S. Northshore Dr., Suite 200
Knoxville, TN 37919

Karen Ovchyan
c/o Zama & Zama, Inc.
1945 E. Russell Rd., #208
Las Vegas, NV 89119

Kolesar & Leatham, Chtd.
Attn: Joseph M. Mugan, Esq.
400 S. Rampart Blvd. #400
Las Vegas, NV 89145

Leaf Capital Funding, LLC
Attn: Bankruptcy Dept/Managing Agent
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Leaf Capital Funding, LLC
Attn: Bankruptcy/Legal Dep't
One Commerce Square
2005 Market St., 14th Fl.
Philadelphia, PA 19103

Liberty Press
Attn: Bankruptcy Dep't/Manager
4501 Mitchell St.
North Las Vegas, NV 89081

LVNV Legal
Attn: Shoham Segal, Esq.
1180 N. Town Center Dr., #100
Las Vegas, NV 89144

MAC One, LLC
Attn: Property Manager
222 Via Marnell Way
Las Vegas, NV 89119

MainDuct, Inc.
Attn: Bankruptcy/Legal Dep't
102 Decatur St.
Brooklyn, NY 11216

Mall at Miami International, LLC
c/o M.S. Management Associates, Inc.
225 W. Washington St.
Indianapolis, IN 46204-3438

Mall at Miami International, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Mandalay Bay
Attn: Ed Mulholland VP/Legal Couns
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

Mandalay Place, LLC
Attn: Chief Financial Officer
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

Matrix Business Capital
Attn: Bankrutpcy/Legal Dep't
One World Trade Ctr., # 2340
Long Beach, CA 90831

Matrix Business Capital
Attn: Bankruptcy/Legal Dep't
123 S. Broad St., 17th Fl.
Philadelphia, PA 19109

Metro-North Communter Railroad Co.
Attn: Bankruptcy/Legal Dep't
2 Broadway, 4th Floor
New York, NY 10004

Metro-North Commuter Railroad Co.
Attn: Director, Real Estate Transactions
2 Broadway, 4th Floor
New York, NY 10004

Metropolitan Transportation Auth.
Attn: Director, Real Estate Transacti
2 Broadway, 4th Floor
New York, NY 10004

Metropolitan Transportation Authority
Attn: Director, Real Estate Transactions
2 Broadway, 4th Floor
New York, NY 10004

MGM Resorts International
Attn: Corporate Legal
6385 S. Rainbow Blvd., Ste. 500
Las Vegas, NV 89118

Miami Molds

MidDesk, Inc., as Rep.
Attn: Bankruptcy/Legal Dep't
9450 SW Gemini Dr., PMB 71516
Filing #: 2024427824-6 (NV UCC)
Beaverton, OR 97008

MNTN
Attn: Bankruptcy Dept/Managing Agent
823 Congress Ave., #1827
Austin, TX 78768

MRS BPO, LLC
Attn: Bankruptcy Dept/Managing Age
1930 Olney Ave.
Cherry Hill, NJ 08003

Nevada Dep't of Business & Indus.
Industrial Relations - Work Comp.
2300 W. Sahara Ave., #300
Las Vegas, NV 89102

Nevada Dep't of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr., 2nd Floor
Carson City, NV 89706

Nevada Dep't of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Suite 200
Las Vegas, NV 89119

New WTC Retail Onwer LLC
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

New WTC Retail Owner, LLC
Westfield World Trade Center
Attn: Bankrutpcy/Legal Dep't
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

New York Dep't of Taxation
Attn: Bankruptcy Dep't
WA Harriman State Campus
Albany, NY 12227-0001

Newlane Finance Company
Attn: Bankruptcy/Legal Dep't
123 S. Broad St., 17th Flor
Philadelphia, PA 19109

NYC Dept. of Finance
Attn: Bankruptcy Correspondence Unit
1 Centre Street, 22nd Floor
New York, NY 10007

Palm Beach County Tax Assessor
& Appraiser Office
Attn: Bankruptcy
301 North Olive Ave.
West Palm Beach, FL 33401

Pawnee Leasing Corp.
Attn: Bankruptcy/Legal Dep't
3801 Automation Way, Ste. 207
Fort Collins, CO 80525

PEAC Solutions
Attn: Bankruptcy Dept/Managing Agent
300 Fellowship Rd.
Mount Laurel, NJ 08054

Pembroke Lakes Mall
Attn: General Manager
11404 Pines Blvd., Ste. 546
Hollywood, FL 33026

Pembroke Lakes Mall, LLC
c/o Pembroke Lakes Mall
Attn: Law/Lease Admin. Dept.
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

Platte River Insurance Company
c/o CSC-Lawyers Incorporating Service
As Resident Agent
233 S. 13th Street
Lincoln, NE 68508

Property Appraiser of Miami-Dade C
Attn: Bankruptcy
111 N.W. 1st Street, Ste. 710
Miami, FL 33128-1984

Receive Corp.
Attn: Bankruptcy/Legal Dep't
502 Salem St.
Paramus, NJ 07652

Receive Corp.
c/o Harnick Law FIrm
1225 Park Ave.
New York, NY 10128

Reliant Capital, LLC
Attn: Bankruptcy/Legal Dep't
6 Executive Cir., Suite 250
Irvine, CA 92614

RT Specialty, LLC
Attn: Bankruptcy Dept/Managing Agent
540 West Madison Street, 9th Flr.
Chicago, IL 60660-1000

Scottsdate Insurance Co.
Attn: Bankruptcy Dept/Managing Agent
18700 N. Hayden Rd.
Scottsdale, AZ 85255

Settle Inc.
Attn: Bankrutpcy/Legal Dep't
29 West 17th Street, 2nd Floor
New York, NY 10011

Shopify (USA) Inc.
Attn: Bankrutpcy/Legal Dep't
148 Lafayette St.
New York, NY 10013

Shopify Capital, Inc./WebBank
Attn: Bankruptcy/Legal Dep't
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shopify Payments (USA) Inc.
Attn: Bankrutpcy/Legal Dep't
33 New Montgomery St., # 750
San Francisco, CA 94105

Texas Comptroller of Public Accounts
P.O. Box 13528, Capital Station
Austin, TX 78711-3528

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0010

The Grand Canal Shoppes at the V
3377 Las Vegas Blvd. South, #2600
350 N. Orleans Street, Ste. 300
Las Vegas, NV 89109

The Hartford
Business Service Center
3600 Wiseman Blvd.
San Antonio, TX 78251

The Mirage Casino-Hotel, LLC
Attn: Trevor Scherrer, President & COO
3400 Las Vegas Blvd., South
Las Vegas, NV 89109

The Mirage Casino-Hotel, LLC
Attn: Mark Russell, VP/General Coun
6385 S. Rainbow Blvd., Ste. 500
Las Vegas, NV 89118

The Town Center at Boca Raton Trust
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

U.S. Small Business Admin.
Attn: Office of General Counsel
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

U.S. Small Business Admin.
Attn: Bankruptcy/Legal Dep't
10737 Gateway West, #300
El Paso, TX 79935

U.S. Small Business Admin.
SBA Disater Loan Service Ctr.
Attn: Bankrutpcy/Legal Dep't
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

Universal CityWalk Legal Affairs
Attn: Leasing Manager, Universal Studios
Hollywood and Universal CityWalk
100 Universal City Plz, Bld. 5511 6th Fl
Universal City, CA 91608

Universal Studios LLC
Attn: VP/General Manager of Operat
100 Universal City Plaza
Bldg. 4525, Second Floor
Universal City, CA 91608

Vladi Bergman
c/o Zama & Zama, Inc.
1945 E. Russell Rd., #208
Las Vegas, NV 89119

Westfield World Trade Center
Attn: Legal Department
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

Wingfly Software

| | | |
|---|---|---|
| WIS International<br>Attn: Bankruptcy/Legal Dep't<br>2655 S. Rainbow Blvd.<br>Las Vegas, NV 89146 | WISE Buildings | World Trade Center<br>Attn: General Manager<br>1 World Trade Center<br>New York, NY 10007 |